UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In the Bankruptcy Proceedings for a Chapter 11 Reorganization of<br><br>AARON FISCHMAN,<br>*Debtor,*<br><br>YOEL WEISSHAUS,<br>*Creditor-Plaintiff,*<br>-against-<br><br>JONATHAN A. STEIN, and SHALOM MAIDENBAUM in his individual and official capacity on behalf of CARDIS ENTERPRISES INTERNATIONAL B.V. and CARDIS ENTERPRISES INTERNATIONAL N.V. and CARDIS ENTERPRISES INTERNATIONAL (USA), INC.,<br><br>*Creditors-Defendants,*<br>and<br><br>AARON FISCHMAN,<br>*Debtor-Nominal Defendant.* | Bankruptcy Petition No.: 23-36038-cgm<br><br>Adversary Proceeding No.: **23-09024-cgm**<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

Yakov Yitzchok Weisshaus certifies under the laws prohibiting perjury that on January 3, 2024, the following parties were served with the summons and complaint by first class mail, prepaid postage, in a sealed envelope:

| Alicia M. Leonhard<br>DOJ-USA Trustee,<br>Leo O'Brien Federal Building<br>11A Clinton Avenue, Room 620<br>Albany, NY 12207 | Cardis Enterprises International N.V.<br>132 SPRUCE STREET, CEDARHURST, NY 11516 | Cardis Enterprises International USA Inc.<br>132 SPRUCE STREET, CEDARHURST, NY 11516 |
|---|---|---|
| Shalom Maidenbaum<br>132 SPRUCE STREET, CEDARHURST, NY 11516 | Jonathan A. Stein<br>132 Spruce St<br>Cedarhurst, NY 11516 | Anne Penachio<br>Penachio Malara LLP<br>245 Main Street, Suite 450<br>White Plains, NY 10601<br>Attorney for Aaron Fischman |

| Cardis Enterprises International B.V. 132 Spruce St Cedarhurst, NY 11516 | Shalom Maidenbaum as Officer of Cardis Enterprises International N.V. 132 SPRUCE STREET, CEDARHURST, NY 11516 | Shalom Maidenbaum as Officer of Cardis Enterprises International B.V. 132 SPRUCE STREET, CEDARHURST, NY 11516 |
|---|---|---|
| Shalom Maidenbaum as Officer of Cardis Enterprises International USA Inc. 132 SPRUCE STREET, CEDARHURST, NY 11516 | | |

Dated: ~~New Milford, NJ~~ Brooklyn, NY 07646
January 3, 2024

Respectfully submitted,

_Yakov Yitzchok Weisshaus_
235 Milford Avenue 2E
New Milford, NJ 07646

Affirmed before me on this 3 day of January 2024

PAUL HUEBNER
Notary Public, State of New York
Registration #02HU6157168
Qualified In Kings County
Commission Expires March 29, 2027



**UNITED STATES POSTAL SERVICE.**

```
           JAMES A FARLEY
           421 8TH AVE
         NEW YORK, NY 10001-9998
           (800)275-8777
01/03/2024                    09:36 PM
----------------------------------------
Product            Qty   Unit      Price
                         Price
----------------------------------------
Priority Mail®      1              $11.15
  Cedarhurst, NY 11516
  Weight: 3 lb 6.40 oz
  Expected Delivery Date
    Sat 01/06/2024
  Tracking #:
    9505 5146 2845 4003 3500 85
  Insurance                        $0.00
    Up to $100.00 included
Total                              $11.15

Priority Mail®      1              $11.15
  Cedarhurst, NY 11516
  Weight: 3 lb 7.60 oz
  Expected Delivery Date
    Sat 01/06/2024
  Tracking #:
    9505 5146 2845 4003 3501 08
  Insurance                        $0.00
    Up to $100.00 included
Total                              $11.15

Priority Mail®      1              $11.15
  Cedarhurst, NY 11516
  Weight: 3 lb 6.60 oz
  Expected Delivery Date
    Sat 01/06/2024
  Tracking #:
    9505 5146 2845 4003 3501 22
  Insurance                        $0.00
    Up to $100.00 included
Total                              $11.15

Priority Mail®      1              $11.15
  Cedarhurst, NY 11516
  Weight: 3 lb 6.70 oz
  Expected Delivery Date
    Sat 01/06/2024
  Tracking #:
    9505 5146 2845 4003 3501 46
  Insurance                        $0.00
    Up to $100.00 included
Total                              $11.15

Priority Mail®      1              $11.15
  Cedarhurst, NY 11516
  Weight: 3 lb 6.70 oz
  Expected Delivery Date
    Sat 01/06/2024
  Tracking #:
    9505 5146 2845 4003 3501 60
  Insurance                        $0.00
    Up to $100.00 included
Total                              $11.15

Priority Mail®      1              $11.45
  Albany, NY 12207
  Weight: 3 lb 5.90 oz
  Expected Delivery Date
    Mon 01/08/2024
  Tracking #:
    9505 5146 2845 4003 3501 84
  Insurance                        $0.00
    Up to $100.00 included
Total                              $11.45

Priority Mail®      1              $11.15
  Cedarhurst, NY 11516
  Weight: 3 lb 6.20 oz
  Expected Delivery Date
    Sat 01/06/2024
  Tracking #:
    9505 5146 2845 4003 3502 07
  Insurance                        $0.00
    Up to $100.00 included
Total                              $11.15

Priority Mail®      1              $11.15
  Cedarhurst, NY 11516
  Weight: 3 lb 6.10 oz
  Expected Delivery Date
    Sat 01/06/2024
  Tracking #:
    9505 5146 2845 4003 3502 21
  Insurance                        $0.00
    Up to $100.00 included
Total                              $11.15

Priority Mail®      1              $11.15
  Cedarhurst, NY 11516
  Weight: 3 lb 7.20 oz
  Expected Delivery Date
    Sat 01/06/2024
  Tracking #:
    9505 5146 2845 4003 3502 45
  Insurance                        $0.00
    Up to $100.00 included
Total                              $11.15

Priority Mail®      1              $11.15
  White Plains, NY 10601
  Weight: 3 lb 6.10 oz
  Expected Delivery Date
    Sat 01/06/2024
  Tracking #:
    9505 5146 2845 4003 3502 69
  Insurance                        $0.00
    Up to $100.00 included
Total                              $11.15
----------------------------------------
Grand Total:                      $111.80
                                  $111.80
Debit Card Remit
  Card Name: VISA
  Account #: XXXXXXXXXXXX1175
  Approval #: 003311
  Transaction #: 898
  Receipt #: 040455
  Debit Card Purchase: $111.80
  AID: A0000000980840         Chip
  AL: US DEBIT
  PIN: Verified
----------------------------------------

     In a hurry? Self-service kiosks offer
       quick and easy check-out. Any Retail
         Associate can show you how.

     Text your tracking number to 28777 (2USPS)
       to get the latest status. Standard Message
       and Data rates may apply. You may also
       visit www.usps.com USPS Tracking or call
              1-800-222-1811.

       Save this receipt as evidence of
     insurance. For information on filing an
             insurance claim go to
       https://www.usps.com/help/claims.htm
```