EXHIBIT 5



citi

Print a Copy

**ATM/Debit Card:** XXXX-XXXX-XXXX-2268
As of 03-15-2016 14:53 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4734 | 10/08/2014 | $ 100,000.00 |



Check image:
- SHALOM MAIDENBAUM, 50 BAY BERRY RD, LAWRENCE, NY 11559
- CITIBANK, N.A., CENTEREACH, NY 11720
- Check # 4734
- Date: 10/08/2014
- Pay to the order of: Lawrence Katz, As Attorney
- $ **100,000.00
- One hundred thousand and 00/100 ********* DOLLARS
- MEMO
- #0004734# :021001486: 000092306745#

**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more



Print a Copy    Cl

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-15-2016 14:54 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4739 | 11/10/2014 | $ 100,000.00 |



Security Tip: Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more



ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-15-2016 14:55 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4812 | 02/24/2015 | $ 75,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more