# EXHIBIT 6

# citi

Print   Close

**ATM/Debit Card:** XXXX-XXXX-XXXX-2268

As of 12-06-2010 15:29 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3096 | 06/23/2009 | $ 50,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one

# citi

Print    Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:29 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3071 | 08/04/2009 | $ 50,000.00 |







**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more



Print   Close

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 12-06-2010 15:32 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3099 | 09/23/2009 | $ 75,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

# citi

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:31 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking; XXXX6745 | 3224 | 12/28/2009 | $ 50,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. <u>Learn more</u>



**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:22 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3435 | 09/03/2010 | $ 200,000.00 |



**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

 citi

Print   Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:23 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3379 | 10/25/2010 | $ 100,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

🖶 Print  Close

**CHECK 0000002124**
Date: 11/1/2010
Amount: $ 150,000.00

🔍 ⊖



**S & M DEVELOPMENT CO.**
132 SPRUCE STREET
CEDARHURST, NY 11516

CITIBANK
1-146/280

2124

10/29/2010

PAY TO THE
ORDER OF ___ Lawrence Katz, as Attorney ___      $ **150,000.00

One Hundred Fifty Thousand and 00/100********************************************** DOLLARS

MEMO ___ Loan to Cardis

⑈002124⑈ ⑆028001489⑆ 092⑈00887 9⑈



Did you know... Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more.

**CHECK 0000002124**



Ck Date: 12/10/2010 Ck No: 3454 Amt: $125000.00

SHALOM MANDENBAUM
139 SPRUCE STREET
CEDARHURST, NY 11516

CITIBANK, N.A.
CEDARHURST NY 11516
1-410/210

2159

4/12/2006

PAY TO THE
ORDER OF ___Lawrence Katz, As Attorney___                              $ **25,000.00

___Twenty-Five Thousand Only_____ DOLLARS

MEMO  Investment in Ronfkiht

Ck Date: 04/12/2006 Ck No: 2159 Amt: $25000.00

Ck Date: 04/12/2006 Ck No: 2159 Amt: $25000.00



Ck Date: 11/17/2009 Ck No: 3163 Amt: $50000.00

Ck Date: 11/17/2009 Ck No: 3163 Amt: $50000.00

$\mathcal{B}$

# CHOSHEN ISRAEL LLC

CEDARHURST CENTER • 445 Central Avenue • Cedarhurst, NY 11516

(516) 374-9500 • (800) 593-9550 • Fax (516) 374-3361

11/6/07

Re: Cardis Investment

Hi Shalom:

This is to confirm that we have transferred from The Boss's daughter's investment of $ 75,000.00 that was tendered on December 16, 2005 to the following:

Shalom S. Maidenbaum- 25,000 shares & 12,500 warrants

Anthony Montilli- 25,000 shares & 12,500 warrants

Steven Garber- 25,000 shares & 12,500 warrants

The shares will be issued at the time of the offering. The warrants expiration will be extended through the offering date and each investor will be notified as to the last date that they can convert the warrant at .67 cents.

Sincerely,

Seth Rosenblatt
Choshen Israel

B 1



B2



Ck/Date 12/09/2005/Ck No. 2077/Amt. $8750.00

84264794

12/09/05 15:31
84264794

0040072 PM 006
$37,500.00 DRL

ORIG: DEPOSIT
AB-01 ACCT#

Ck Date: 12/09/2005 Ck No: 2077 Amt: $37500.00

B4

GARBER ATLAS FRIES & ASSOCIATES, INC.
OPERATING II ACCOUNT
3070 LAWSON BLVD.
OCEANSIDE, NY 11572-2711

THE FIRST NATIONAL
BANK OF LONG ISLAND
310 MERRICK ROAD
ROCKVILLE CENTRE, NEW YORK 11570
50-1133/214 11

4701

47013

PAY TWELVE THOUSAND FIVE HUNDRED DOLLARS and 00 CENTS

TO THE
RDER OF

Shalom S. Maidenbaum, Esq.

DATE
12/27/05

AMOUNT
$12,500.00*

OPERATING II ACCOUNT

AUTHORIZED SIGNATURE

⑈047013⑈ ⑆021411335⑈⑆ 11 ⑈ 7004655⑈

ROSENFELD & MAIDENBAUM / ATTORNEYS

Hi Lucy

I will deposit $50,000 - or 25,000 - tomorrow and $5,000 Monday

Curtis



**$50,000.00**

MEMO _____ Cardis _____

⑆002303⑆ ⑆2100214⑆ 00004230874⑈5⑆

© 2000 INTUIT INC. #500...



**$25,000.00**

SOLOMON DENBANK

Twenty Five Thousand only

⑆002304⑆ ⑆2100214⑆ 00004230874⑈5⑆

Ck Date: 10/12/2006 Ck No: 2356 Amt: $25000.00

Ck Date: 10/12/2006 Ck No: 2356 Amt: $25000.00

SHALOM MANDELBAUM
133 SPRUCE STREET
CEDARHURST, NY 11516

2658

TRIBANK, N.A.
CEDARHURST OFFICE
11516/2339

11/20/2007

PAY TO THE
ORDER OF   Leasing Natz At Nbms 2560154/353  1C3  4Q92  C2 .12b4407   $ **25,000.00

Twenty-Five Thousand Dollars                                                           DOLLARS

cylula      Cerda

#003658#  402 100 11486C  000009 2306 745#

/0002 5000000/

Ck Date: 12/04/2007 Ck No: 2658 Amt: $25000.00

ENDORSEMENT

Pay to any
for deposit only 1042889

PAY TO CITI BANK
ENDO. CHBG EAST BANK
ZONEI 0060 (40394) 1204407

Ck Date: 12/04/2007 Ck No: 2658 Amt: $25000.00

SHALOM MAIDENBAUM
78 SPRUCE STREET
CEDARHURST, NY 11516

CITIBANK (WEST), FSB
CEDARHURST, NY 11516
1-46/1216

2815

PAY TO THE ORDER OF _____ Aharon Katz _____ 2-20-04

_____ Seventy Five Thousand _____ $75,000.00

DOLLARS

Cash Funds

PDC2815P ⑆021001148⑆ 000912306715P

Ck Date: 07/25/2008 Ck No: 2815 Amt: $75000.00

ly 31, 2008
MAIDENBAUM
ount   923306745



Ck Date: 07/25/2008 Ck No: 2815 Amt: $75000.00

PAID CITIBANK

Ck Date: 06/23/2009 Ck No: 3097 Amt: $150000.00



Ck Date: 06/23/2009 Ck No: 3097 Amt: $150000.00

Ck Date: 08/05/2009 Ck No: 3072 Amt: $50000.00



Ck Date: 08/05/2009 Ck No: 3072 Amt: $50000.00



Ck Date: 08/05/2009 Ck No: 3073 Amt: $50000.00

Ck Date: 08/05/2009 Ck No: 3073 Amt: $50000.00

Ck Date: 08/05/2009 Ck No: 3074 Amt: $50000.00

Ck Date: 08/05/2009 Ck No: 3074 Amt: $50000.00

 citi`                                                          Print   Close

**ATM/Debit Card: XXXX-XXXX-XXXX-2268**

As of 12-06-2010 15:43 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| shalom Interest Checking: XXXX6745 | 3083 | 09/23/2009 | $ 75,000.00 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. <u>Learn more</u>

SHALOM HANDELBAUM
53 LILLY DERBY RD
LAWRENCE, NY 11559

3271

BANK OF NEW YORK
CITY NATIONAL
23 WALL ST
NEW YORK, NY

2/08/2010

PAY TO THE
ORDER OF    Lawrence Kootz As Attorney                    $ ^65,000.00

Sixty-Five Thousand 00/100 -------------------------------------------- DOLLARS

Cantor

"003271" "021001145" 000075052745"

Ck Date: 02/08/2010 Ck No: 3271 Amt: $65000.00



Ck D

Ck Date: 02/08/2010 Ck No: 3271 Amt: $65000.00



Ck Date: 02/04/2010 Ck No: 3244 Amt: $70000.00

Ck Date: 02/04/2010 Ck No: 3244 Amt: $70000.00



Ck Date: 05/06/2010 Ck No: 3311 Amt: $125000.00

Ck Date: 05/06/2010 Ck No: 3311 Amt: $125000.00