EXHIBIT 9



Ck Date: 12/10/2010  Ck No: 3454  Amt: $125000.00