# EXHIBIT 10



Ck Date: 03/03/2011 Ck No: 3551 Amt: $50000.00



SHALOM MAIDENBAUM
50 BAY BERRY RD
LAWRENCE, NY 11559

3559

03/08/2011

PAY TO THE ORDER OF   Lawrence Katz, As Attorney    $ **10,000.00

Ten thousand and 00/100 ************************************************ DOLLARS

CITIBANK, N.A.
CEDARHURST NY 11725
1-146210

MEMO

⑈003559⑈ ⑆021001486⑆ 00009230674 5⑈

Ck Date: 03/17/2011  Ck No: 3559  Amt: $10000.00

| | | | |
|---|---|---|---|
| **SHALOM MAIDENBAUM**<br>50 BAY BERRY RD<br>LAWRENCE, NY 11559 | | CITIBANK, N.A.<br>CENTEREACH, NY 11720<br>1-14/210 | 3571 |

03/16/2011

PAY TO THE ORDER OF: Lawrence Katz, As Attorney     $ **50,000.00

Fifty thousand and 00/100**************************************************** DOLLARS

MEMO: temporary loan

⑈003571⑈ ⑆021001486⑆ 000092306745⑈

Ck Date: 03/22/2011 Ck No: 3571 Amt: $50000.00

| | | |
|---|---|---|
| **SHALOM MAIDENBAUM**<br>50 BAY BERRY RD<br>LAWRENCE, NY 11559 | CITIBANK, N.A.<br>CENTEREACH, NY 11720<br>1-146/210 | **3572**<br><br>03/18/2011 |

PAY TO THE ORDER OF ___Lawrence Katz, As Attorney_____ $ **25,000.00

Twenty-five thousand and 00/100************************************************* DOLLARS

MEMO  temporary loan

⑈003572⑈ ⑆021001486⑆ 000092305745⑈

Ck Date: 03/29/2011 Ck No: 3572 Amt: $25000.00

SHALOM MAIDENBAUM  
50 BAY BERRY RD  
LAWRENCE, NY 11559

CITIBANK, N.A.  
CENTEREACH, NY 11720  
1-148/210

3581

04/01/2011

PAY TO THE ORDER OF _Lawrence Katz, As Attorney_     $ **50,000.00

Fifty thousand and 00/100******************************************************** DOLLARS

MEMO temporary loan

⑈003581⑈ ⑆021001486⑆ 000092306745⑈

Ck Date: 04/04/2011 Ck No: 3581 Amt: $50000.00     Ck

SHALOM MAIDENBAUM
30 BAY BERRY RD
LAWRENCE, NY 11559

4342

08/29/2013

PAY TO THE ORDER OF: Aaron Rechnitz

One hundred fifty thousand and 00/100 DOLLARS

$ *150,000.00

CITIBANK, N.A.
CENTEREACH, NY 11720

MEMO: Loan

Ck: Date: 09/03/2013 Ck No: 4342 Amt: $150000.00



Ck Date: 09/03/2013 Ck No: 4341 Amt: $100000.00

SHALOM MANDENBAUM
50 BAYBERRY RD
LAWRENCE, NY 11559

PAY TO THE ORDER OF  Aaron Fleischman                    $ **100,000.00

One hundred thousand and 00/100                                    DOLLARS

CITIBANK, N.A.
CEDARHURST, NY 11516

MEMO  Loan                                Aaron Fleischman

4341
08/28/2013



Ck Date: 09/17/2013 Ck No. 4374 Amt: $100000.00

LAWRENCE KATZ
IOLA
446 CENTRAL AVE, UNIT 201
CEDARHURST, NY 11516-2026

1904

DATE Feb 7, 2014

PAY TO THE ORDER OF Shalom Maidenbaum    $ 25000 00/100

Twenty Five Thousand 00/100    DOLLARS

Bank of America
ACH R/T 021000322

FOR Chalva

⑆0019040⑆ ⑈021000322⑈ 0021630156710⑆

116948654 02142014 NY872 9668265 BIC

#094909745