# EXHIBIT 11

# citi

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:24 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
| --- | --- | --- | --- |
| Shalom Interest Checking: 6745 | 4850 | 05/06/2015 | $ 250,000.00 |



SHALOM MAIDENBAUM
80 BAYBERRY RD
LAWRENCE, NY 11850

CITIBANK, N.A.
CENTEREACH, NY 11720

4850
1-14020

05/04/2015

PAY TO THE
ORDER OF     Lawrence Katz, As Attorney            $ **250,000.00

Two hundred fifty thousand and 00/100                   DOLLARS

MEMO                           AUTHORIZED SIGNATURE

⑆004850⑆ ⑈021001486⑈ 0000923067454⑆

**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more