# EXHIBIT 12



Print a Copy    Clc

ATM/Debit Card: XXXX-XXXX-XXXX-2268

As of 03-14-2016 15:24 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Shalom Interest Checking: 6745 | 4876 | 06/22/2015 | $ 50,000.00 |



Security Tip: Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more