# EXHIBIT 16

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------x
SHALOM S. MAIDENBAUM,

         Plaintiff,

  -against-

AARON FISCHMAN,

         Defendant.
-------------------------------------------------------------------x

Index No.

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NASSAU )

AARON FISCHMAN, being duly sworn, depose and say:

1. I am the individual named defendant. I personally reside at 703 Carlyle Avenue, Woodmere, New York 11598, which is located in the County of Nassau, State of New York.

2. This confession of judgment is for a debt justly due to the plaintiff Shalom S. Maidenbaum, arising from a promissory note (the "Note") executed by me on May 4, 2015, with interest at an annual percentage rate of eight percent (8%).

3. The Note was due and payable on July 31, 2015, and upon default in payment, began to accrue interest at the rate of sixteen percent (16%) or the maximum amount permitted by law, whichever sum is less.

4. Currently, I am in default under my obligations under the Note.

5. I have no defense to the payment of the obligations in the Note. Accordingly, I hereby confess judgment, pursuant to CPLR § 3218, in favor of Shalom S. Maidenbaum in the sum of Fifty Thousand Dollars ($50,000.00) with interest at the rate of eight percent (8%) from June 19, 2015 to and including September 30, 2015, and thereafter, at the rate of sixteen percent

(16%), until such time as judgment is entered, and thereafter, at the statutory rate of nine percent (9%) until such time as the entire obligation is paid in full.

6. On behalf of myself, I hereby authorize plaintiff, Shalom S. Maidenbaum, his attorneys, agents, representatives, and assigns to enter judgment therefor against us in the Supreme Court of the State of New York, County of Nassau, for the total amount due.

7. I admit that we are unconditionally, and jointly and severally, liable to plaintiff Shalom S. Maidenbaum for the total amount set forth herein, and that we do not have any defense, offset or claim against plaintiff.

8. I also admit that I have consulted with and shown this confession of judgment to an attorney and have no defense to the debt acknowledged herein.

9. This Confession of Judgment is not prohibited by CPLR § 3201.

10. This Confession of Judgment is not for the purpose of securing Shalom S. Maidenbaum against a contingent liability.

_____
AARON FISCHMAN

Sworn to before me this
24th day of December, 2015

_____
Notary Public

JONATHAN A. STEIN
Notary Public, State of New York
No. 02ST4755192
Qualified in Nassau County
Commission Expires February 28, 2019