# EXHIBIT 2

SHORT FORM ORDER

## SUPREME COURT - STATE OF NEW YORK

Present: HON. R. BRUCE COZZENS - SUPREME COURT JUSTICE

---

SHALOM S. MAIDENBAUM,

                     Plaintiff,

-against-

CARDIS ENTERPRISES INTERNATIONAL, B.V.,
CARDIS ENTERPRISES INTERNATIONAL, N.V.,
CARDIS ENTERPRISES INTERNATIONAL (USA), INC.
CHOSHEN ISRAEL LLC and AARON FISCHMAN,

                     Defendants.

---

TRIAL/ IAS PART 1

NASSAU COUNTY

INDEX NO. 604610/2016

    There was a Conference Call yesterday with Erik W. Berry, Esq., Levi Huebner, Esq., Paul Goodman Esq. and Kathryn D. Hopkins, Esq. Principal Law Clerk.

    This Court has pending orders which have been on hold due to the Bankruptcy Court proceedings. In Re: CHOSEN ISRAEL, LLC 23-35636 the Honorable Cecelia Morris, United States Bankruptcy Judge states at Page 25 Line 19 "The Chapter 11 case is dismissed". The transcript has been uploaded to NYSCEF (# 700). Additionally, in the proceeding of IN RE: AARON FISCHMAN 23-35660 the Honorable Cecelia Morris stated at Page 21 "I'm going to grant your motion" (to dismiss NYSCEF (#698).

    Counsel Huebner argues that this Court must await a signed order by Judge Morris. This Court disagrees. Judge Morris made her directives to dismiss on the record. In actuality the stay was in effect from August 10, 2023 until September 8, 2023. In fact there was an automatic termination. Today is November 30, 2023. Counsel Huebner further states he must have five (5) days from the NYSCEF filing to submit his response to the letter from Counsel Berry. This Court disagrees. There is no new motion before this Court. Dates for the pending depositions were discussed and the date agreed to at conference is **Wednesday December 20, 2023.**

    Fischman and Ultimas are directed to comply with the outstanding orders of this Court. They are to appear at the **Courthouse on Wednesday December 20, 2023 at 9:30 a.m. in the third Floor Courtroom of the undersigned Justice at 9:30 a.m. together with all requested documents.** All provisions set forth in this Court's order of April 25, 2023 (NYSCEF #656) and August 1, 2023 (NYSCEF #679) and **ALL** orders of the Court shall remain in full force and effect including incarceration should there be a failure to comply.

Dated: NOV 30 2023

**ENTERED**
Nov 30 2023
NASSAU COUNTY
COUNTY CLERK'S OFFICE

Hon. R. Bruce Cozzens
Supreme Court Justice

1 of 1