EXHIBIT 6

[*TRANSLATION FROM THE HEBREW*]

## The State of Israel - The Enforcement and Collection System Authority

## In front of Hon. Registrar Ariel Lange

File 529055-03-18 (Real Estate Mortgage Other)

**Motion No.: 98 dated 18 September 2023**
**Motion Type: 988 General Motion**

**The Applicant: Receiver 1, Adv. Emmanuel Zentler**
**In the Matter of: Debtor 2, Aaron David Fischman Passport 1122591694**

Details of Preceding Procedure: Motion for Sale Order in accordance with Section 34A of the Law

## Decision

Since the sale consideration has been paid in full and deposited in the execution file, the order of sale is signed and transferred to the bureau's secretariat.

A copy of the order will be scanned into the paper file.

I noted that the transaction was reported by the Receiver to the tax authorities, and that he would act to submit a request for a certificate from the municipality.

I instruct the Receiver to present a reference to the file regarding the registration of a cautionary note in favor of the buyer, within 7 days from today, as held in section 6 of my decision of 27.8.23 in procedure 90.3.

19 September, 2023

_____          _____
              Date                                              Ariel Lange, Registrar

**מדינת ישראל – רשות האכיפה והגבייה**

**בפני כב' הרשם אריאל לנגה**

תיק 18-03-529055 (משכון מקרקעין אחר)

**בקשה מספר** : <u>98</u> **מתאריך** 18 ספטמבר 2023
**סוג הבקשה:** 988 **בקשה כללית**

**המבקש** : כונס נכסים 1, עמנואל צנטלר
**בעניין:**   חייב 2, אהרן דוד פישמן דרכון 1122591694

פרטי הליך מקדים: בקשה למתן צו אישור העברה עפ''י סעיף 34א' לחוק

## החלטה

משולמה מלוא תמורת המכר והופקדה לתיק ההוצאה לפועל, צו המכר נחתם ויועבר למזכירות הלשכה.

העתק מהצו ייסרק לתיק נייר.

רשמתי, כי העסקה דווחה על ידי הכונס לרשויות המס, וכי הוא יפעל להגשת בקשה למתן תעודה מטעם העירייה.

**מורה לכונס הנכסים להציג אסמכתה לתיק בדבר רישום הערת אזהרה לטובת הקונה, בתוך 7 ימים מהיום, כנקבע בסעיף 6 להחלטתי מיום 27.8.23 בהליך 90.3.**

ד' תשרי תשפ"ד
19 ספטמבר 2023

_____          _____
אריאל לנגה, רשם                                               תאריך

[*TRANSLATION FROM THE HEBREW*]

**Execution Bureau Jerusalem**                                                      **529055-03-18**

**In the Matter Between:**    **Bank of Jerusalem Ltd. 52-002563-6**
                              By Adv. E. Zentler and/or I. Goldsmidt
                              And/or R. Shviro and/or L. Azran
                              Of Sharei Israel st. 15 Jerusalem
                              Tel: 02-6311003 Fax: 02-6311025

                                                                                    **The Creditor**

                              -Vs.-

                              **Fischman Aaron David Passport 1122591694**
                              By Adv. Avraham Barzel
                              Of King George st. 59 Jerusalem
                              Tel: 02-6255060 Fax: 02-6255090

                                                                                    **The Debtor**

**And in the Matter of:**    **Emmanuel Zentler, Adv. Receiver on the Debtor's rights**
                              By Adv. I. Goldsmidt and/or R. Shviro
                              and/or L. Azran
                              Of Sharei Israel st. 15 Jerusalem
                              Tel: 02-6311003 Fax: 02-6311025

                                                                                    **The Receiver**

**And in the Matter of:**    **Land Registration Bureau in Jerusalem**

**And in the Matter of:**    **Housing Company Rasko Management and Development Ltd.**

# Order for the Approval of Transfer Pursuant to Section 34A of the Sale Law

A. In the scope of this file, the sale of the Debtor's rights was approved by the Honorable Execution Registrar, in relation to real estate known as Block 30028 Parcel 139 situated in George Washington St. 16/4 ("Sold Property") to **Mr. Daniel Marissa Beer US Passport 586247509** (hereinafter: "the Purchaser") for the consideration of ILS 14,500,000.

B. Whereas the consideration has been fully paid, I hereby grant an order pursuant to Section 34A of the Sale Law, 5728-1968 and to regulation 69 of the Execution Regulations 1979 and instruct the Land Registration Bureau in Jerusalem and the Housing Company Rasko Management and Development Ltd. to register the Sold Property in the name of the Purchaser free of any

[*TRANSLATION FROM THE HEBREW*]

encumbrance, lien or any third party right whether imposed before the issuance of this order or after, without prejudice to the generality of the above, including the comments as follows:

**According to the registry**

1. Attachment order based on deed No. 28310/2018/1 dated 11.10.2018.
2. Commitment to register a mortgage dated 6.4.2008 in favor of Bank of Jerusalem Ltd. in the first degree in the sum of $1,425,000.
3. Attachment order of the District Court of Jerusalem in court case 23366-09-18 dated 13.9.2018.
4. Attachment order of the Execution Bureau of Jerusalem in case No. 531797-07-20 dated 24.10.2021.
5. Ruling dated 27.10.2022 and complementary ruling dated 12.1.2023.

To the exclusion of any right that is not used as a financial guarantee, and a right that is not terminated according to the terms of sale.

Granted Today  19.09.23

Execution Bureau in Jerusalem                                                    -Ariel Lange-
                                                                                 Execution Registrar

בלשכת ההוצאה לפועל בירושלים                                    529055-03-18

בעניין שבין:    בנק ירושלים בע"מ 6-002563-52
ע"י עוה"ד ע. צנטלר ו/או י. גולדשמידט
ו/או ר. שבירו ו/או ל. עזרן
מרחוב שרי ישראל 15 ירושלים
טל: 02-6311003 פקס: 02-6311025

הזוכה

- נ ג ד -

פישמן אהרון דוד דרכון 1122591694
ע"י ב"כ עוה"ד אברהם ברזל
מרח' המלך ג'ורג' 59, ירושלים
טל: 02-6255060 פקס: 02-6255090

החייב

ובעניין:    עמנואל צנטלר, עו"ד, כונס נכסים לזכויות החייב
ע"י ב"כ עוה"ד י. גולדשמידט ו/או ר. שבירו
ו/או ל. עזרן
מרחוב שרי ישראל 15, ירושלים
טל: 02-6243020; פקס: 02-6243556

כונס הנכסים

ובעניין:    לשכת רישום המקרקעין בירושלים

ובעניין:    החברה המשכנת רסקו ניהול ופיתוח בע"מ

## צו אישור העברה עפ"י סעיף 34א' לחוק המכר

א.    במסגרת התיק שבכותרת בקשה זו אושרה ע"י כב' רשם ההוצאה לפועל מכירת זכויות החייב, במקרקעין הידועים כגוש 30028 חלקה 139 הנמצא ברח' וושינגטון 16/4, ירושלים (להלן: "הממכר") להיה **דניאל מריסה ביר דרכון ארה"ב 586247509** (להלן: "הרוכשתי") תמורת סך של 14,500,000 ש".

ב.    הואיל והתמורה שולמה במלואה, הנני נותן בזאת צו לפי סעיף 34א' לחוק המכר התשכ"ח- 1968 ולפי תקנה 69 לתקנות ההוצאה לפועל התשמ"ם- 1979 ומורה ללשכת רישום המקרקעין בירושלים ולחברה המשכנת רסקו ניהול ופיתוח בע"מ לרשום את הממכר על שמה של הרוכשת כשהוא נקי מכל שיעבוד, עיקול או זכות צד ג' כלשהי בין שהוטלו לפני מתן צו זה ובין לאחריו, מבלי לפגוע בכלליות האמור לעיל לרבות החערות כדלקמן:

עפ"י נסח רישום:
1.    צו עיקול עפ"י שטר מס' 28310/2018/1 מיום 11.10.2018.

23-35660-cgm    Doc 40    Filed 10/24/23    Entered 10/24/23 15:57:35    Main Document
Pg 88 of 88

2. התחייבות לרישום משכנתא מיום 6.4.2008 לטובת בנק ירושלים בע"מ בדרגה ראשונה על סך של $1,425,000.

3. צו עיקול מבימ"ש מחוזי בירושלים תיק בימ"ש 23366-09-18 מיום 13.9.2018.

4. צו עיקול מלשכת ההוצאה לפועל בירושלים תיק מס' 531797-07-20 מיום 24.10.2021.

5. פסיקתא מיום 27.10.2022 ופסיקתא משלימה מיום 12.1.2023.

חוץ מזכות שאינה משמשת ערובה לחיוב כספי, ומזכות שאינה מתבטלת על פי תנאי המכירה.

ניתן היום ___19.09.23___

ההוצאה לפועל בירושלים

אריאל לנגה
רשם הוצאה לפועל