EXHIBIT 8

CERTIFICATE OF SERVICE

No. 18-

LEVI HUEBNER et al,

*Petitioner,*

vs

MIDLAND CREDIT MANAGEMENT, INC. et al,

*Respondents.*

Yoel Weisshaus deposes and states as true under the laws prohibiting perjury:

1. I am above the age of 18.
2. On January 24, 2019, I effected service of the following:
   a. Petition for a writ of certiorari;
3. I effected the foregoing service on the following individuals:
   a. Midland Credit Management, Inc., and Midland Funding, LLC., c/o Andrew M. Schwartz, Marshall, Dennehey, Warner, Coleman & Goggin, P.C., 2000 Market Street, Suite 2300, Philadelphia, PA 19103.
   b. Poltorak PC, and Elie C. Poltorak, 580 Crown Street Suite 701, Brooklyn, NY 11213

2

4. Service was effected by mailing three (3) copies in a prepaid envelope that was sealed and placed in the custody of the United States Postal Service.

Dated:    Brooklyn, NY
          January 24, 2019

          
          Joel Weisshaus

EUGENE M. LYNCH, ESQ.
Notary Public, State of New York
Reg. No. 02LY6359090
Qualified in Queens County
Commission Expires 05/__/2021