# EXHIBIT 9



Yoel Weisshaus
488 Empire Boulevard, Suite 103
Brooklyn, NY 11225

*Cell*: 917.335.1933
*Tel*: 201.357.2651
*Fax*: 201.625.6313
*Email*: yoelweisshaus@yahoo.com

November 11, 2021

To: Woodridge Police Station
655 Green Ave,
Woodridge, NY 12789

<u>FOIL Request</u>

Dear Police Station,

I hereby request any and all documents evidencing a record of a license(s), certification(s), course(s), training, hours of training, that qualify Michael Spinelli to be a police officer for the Woodridge Police.

I hereby request any and all documents evidencing a record of a license(s), certification(s), course(s), training, hours of training, that qualify Michael Spinelli to be a law enforcement officer for the Woodridge Police.

I hereby request any and all documents evidencing education, that qualify Michael Spinelli as an employee of the Woodridge Police.

I hereby request any and all documents evidencing that Michael Spinelli is authorized to serve as an employee or civil servant for the Woodridge Police and such information should state: the title and position Michael Spinelli holds, whether the position is full or part time, date of hiring, and the authorized salary.

I hereby request any and all documents evidencing payment that the Woodridge Police made to Michael Spinelli during the years 2019, 2020, and 2021.

I hereby request any and all documents evidencing a record from the Board of Trustees for the Village of Woodridge in the State of New York passed authorizing Michael Spinelli to serve as an employee or civil servant of the Woodridge Police: such records shall include announcements, minutes and resolutions.

I hereby request any and all documents evidencing the protocol or protocol by the Woodridge Police for processing this FOIL Request.

I hereby request access to the foregoing items to be available or true copies produced by no later than December 7, 2021.

Please take notice, that the failure to provide access to the foregoing items by December 7, 2021, constitute an adverse decision of this FOIL request and an exhaustion of all administrative remedies for purposes of having leave to seek judicial relief in any court of competent jurisdiction.

I thank you in advance for consideration of this matter.

*FOIL Request*                                                              *November 10, 2021*

    Very truly yours,

        /s/   Yoel Weisshaus

Cc: