# EXHIBIT 10

**[Fill in the spaces next to the instructions. Other spaces are for Court use.]**
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN
————————————————————————x

YOEL WEISSHAUS
                                                            ,
**[2. Fill in name(s)]**          Plaintiff(s)          Index # E2023-1850

                                                       11/27/2023
-against-

AARON FISCHMAN
                                                            ,
**[3. Fill in name(s)]**          Defendant(s)
————————————————————————x
TO THE SUPREME COURT OF THE STATE OF NEW YORK
The Complaint of the plaintiff **[Your Name]** Yoel Weisshaus          respectfully
shows and alleges as follows:

Plaintiff advanced to Defendant two loans.

On September 29, 2023, Plaintiff advanced a loan to Defendant in the amount of $16,500. Pursuant to a Promissory Note of that day, Defendant was obligated to repay that loan, together with a $25 wire fee, within 30 days of the loan. Attached as Exhibit A is copy of the promissory note and proof of the wire transfer. Defendant did not repay the loan. As such, Defendant is liable to Plaintiff $16,525.

On October 6, 2023, Plaintiff advanced a loan to Defendant in the amount of $17,965. Pursuant to a Promissory Note of that day, Defendant was obligated to repay that loan, together with a $25 wire fee, within 30 days of the loan. Attached as Exhibit B is copy of the promissory note and proof of the wire transfer. Defendant did not repay the loan. As such, Defendant is liable to Plaintiff $17,990.

Pursuant to each promissory note, Defendant obligated himself to pay for all collection costs.

Venue is proper as Defendant address is 710 Loch Hurlyville Rd, Loch Shedrake NY 12759.

Wherefore, plaintiff demands that this Court judgment in the amount of $34,515 with statutory interest, together with such filing fees and collection costs, and , together with such other and further relief, the Court finds to be just and proper.

**[Date and County papers are signed in]**
Dated: November 23, 2023
County: Kings

[Your Signature]

Yoel Weisshaus
**[ Your Name]**

1713 Wyoming Avenue

**[Your Address]**

Forty Fort, PA 18704

**[City, State & Zip Code**

917.335.1933

**[Your Phone Number]**

**[Fill in the spaces next to the instructions.]**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN
-----------------------------------------------------------------x

YOEL WEISSHAUS                                           ,        Index # E2023-1850

**[ Fill in name(s)]**    Plaintiffs/Petitioner(s)              11/27/2023

-against-

AARON FISCHMAN                                           ,

**[ Fill in name(s)]**    Defendants/Respondent(s)

-----------------------------------------------------------------x

STATE OF NEW YORK}
                                        SS. :}
COUNTY OF Kings              }
**[Insert County where papers signed and notarized]**

I, Yoel Weisshaus                          **[ Insert Your Name]** , being duly sworn,
deposes and says: I am the Plaintiff                          **[Insert Plaintiff or Petitioner]** in this matter. I have read the foregoing Complaint                          **[Insert the name(s) of the above documents e.g. affidavit, petition etc.]** and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true

**[SIGN YOUR NAME BEFORE NOTARY]**

Yoel Weisshaus
**[ PRINT YOUR NAME]**

Sworn to before me this
day of November 23           , 20 23

Notary Public
**[Verification must be notarized]**

YAAKOV FOGEL
Notary Public, State of New York
Registration #02FO6007505
Qualified In Kings County
Commission Expires May 18, 2026

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN
------------------------------------------------------------------x

YOEL WEISSHAUS
_____,    Index # E2023-1850
**[ Fill in name(s)]**          Plaintiff(s)

-against-

AARON FISCHMAN
_____,
**[31. Fill in name(s)]**          Defendant(s)

_____x
_____


Summons & Complaint
_____


**[Insert name(s) of papers submitted]**



_____
**[ YOUR SIGNATURE]**

Yoel Weisshaus
_____
**[PRINT YOUR NAME]**

1713 Wyoming Avenue
_____
**[ YOUR ADDRESS]**

Forty Fort, PA 18704
_____
**[ CITY, STATE ZIP CODE]**

917.335.1933
_____
**[ YOUR PHONE NUMBER]**