# EXHIBIT 11

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Sullivan
-----------------------------------------X

Yoel Weisshaus
                    Plaintiff(s)/Petitioner(s),
        - against -                                  AFFIDAVIT OF SERVICE

Aaron Fischman                                       OF INITIATING PAPERS
                    Defendant(s)/Respondent(s)
-----------------------------------------X

Index No. E2023-1850

STATE OF NEW YORK
COUNTY OF Kings                        ss:

I, Feige Zaretsky, being duly sworn, depose and say:
I am over 18 years of age and am not a party to this case.
I reside at 1223 E 36th Streeet, Brooklyn, NY 11234
On November 28, 20 23, at 1:32 PM, I served the attached papers Amended Summons, Complaint, Exhibit A and Exhibit B
on the defendant in this case. The address of the place where the papers were served is 1229 E 36th Street, Brooklyn, NY 11234

I served the papers in the manner indicated below: **[check the right box]**

1) ☒ **individual**  By delivering a true copy of each to the defendant personally. I knew the person served to be the person named in those papers because Aron Fischman is personally known to me.

2) ☐ **Corporation** _____, a domestic corporation, by delivering a true copy of each to _____, who is _____. I knew the corporation to be that listed in the papers served and I knew the title of person named above and that she/he was authorized to accept service

3) ☐ **Substituted Service**  By delivering a true copy of each to _____, a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below.

**Mailing** (Use with 3)  I also enclosed a copy of the above papers in a postpaid, sealed envelope properly addressed to defendant's last known residence or actual place of business, located at _____, and I deposited the envelope in a post office depository under the exclusive care and custody of the United States Postal Service within New York State.

**Description** (Use with 1, 2, or 3)  The individual I served had the following characteristics: [Check the right boxes]:

| Sex | Height | Weight | Age |
|---|---|---|---|
| ☒ Male | ☐ Under 5" | ☐ Under 100 lbs. | ☐ 21-34 years |
| ☐ Female | ☐ 5'0"-5'3" | ☐ 100-130 lbs. | ☐ 35-50 years |
|  | ☐ 5'4"-5'8" | ☐ 131-160 lbs. | ☒ 51-61 years |
|  | ☒ 5'9"-6'0" | ☐ 161-200 lb | ☐ Over 61 yrs. |
|  | ☐ Over 61 | ☒ Over 200 lbs. |  |

Color of skin [describe] off white/ivory
Color of hair [describe] black and gray
other identifying features, if any [describe]
glasses and yarmulkah

☒ **military Service**  I asked the person to whom I spoke whether the defendant was in the military of the United States or New York State in any capacity and was told that he/ was not. Defendant did not wear a military uniform. I state upon information and belief that the defendant is not in the military service of the United States or New York State. The basis for my belief is the conversation(s) and observation(s) described above.

_____
Signature

Feige Zaretsky
Print your name

Sworn to before me on this
30 day of NOV, 2023

_____
Notary Public

DAVID BAMSHAD
NOTARY PUBLIC, State of New York
No. 01BA6053972
Qualified in Kings County
Commission Expires 01/22/20 27