# EXHIBIT 13

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Sullivan

Yoel Weisshaus

                              Plaintiff,      **AFFIDAVIT OF MAILING**
                                                          **CPLR 3215(g)4**
                                                          Index No. E2023-1850

vs.

Aaron Fischman
                              Defendant.

---

STATE OF NEW YORK       )
COUNTY OF Kings         ) SS:

Feige Zaretsky, duly affirms, deposes and says:

3. I ~~am a(n)~~ _____ ~~in the law office of~~ _____, am over 18 years of age, and am not a party to this action.

4. On November 28 20 23, I mailed a copy of the Summons and Complaint in this action, by first class mail and properly addressed to the Defendant as follows: Aaron Fischman 710 Loch Hurlyvile Rd. Loch Shedrake, NY 12759, the place of residence of said Defendant in an official depository located in the State of New York under the exclusive care and custody of the United States Post Office Department.

                                                     Feige Zaretsky

Affirmed to before me
Dec. 17, 2023

Notary Public

TANYA MIZRAHI
NOTARY PUBLIC STATE NEW YORK
NO. 01M15053842
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES DEC 26, 2025