EXHIBIT 14

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Sullivan

Yoel Weisshaus

       *Plaintiff(s),*    Index No. E2023-1850

v.            **JUDGMENT**

Aaron Fischman

       *Defendant(s).*

  Yoel Weisshaus affirms as true, under the penalty of perjury, that the complaint looks to recover a debt of a loan of $34,515 that remains unpaid, and the statute of limitations has not expired. Pursuant to the affidavit of service, the summons and verified complaint in the above entitled action having been duly served upon the above named defendant, on the 28th day of November 2023, and the said defendant having failed to Answer, and notice of the summons and complaint having been served pursuant to CPLR 3215(g) on the 28th day of November, 2023, the defendant being a natural person domiciled at 710 Loch Hurlyville Rd, Loch Shedrake NY 12759.

  Dated: Kings, NY

Affirmed before me on this 21st day of December, 2023

*YAAKOV VOGEL*
Notary Public, State of New York
Registration #02FO6007505
Qualified In Kings County
Commission Expires May 18, 2026

_____ Plaintiff
Yoel Weisshaus

  It is pursuant to CPLR 3215 upon the satisfaction of the foregoing record,

  **ADJUDGED** that the plaintiff, Yoel Weisshaus, residing at 1713 Wyoming Ave Forty Fort, PA 18704, do recover from the above named Defendant, residing at 710 Loch Hurlyville Rd Loch Shedrake, NY 12759, the claimed amount of $34,515 together with statutory interest, the filing fees of $210, the default judgment fee of $45, in the judgment amount of $34,770 together with statutory interest rate pursuant to CPLR 5004[a] at 2% per annum and that plaintiff have execution therefore.

  Judgment entered 12/22/2023

*Russell N. Reeves*

CLERK